AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NICHOLAS Z. EDWARDS,

Plaintiff,

v.

NURSING STAFF; MR. BRIAN ADAMS; JENNIFER JERREIL; MS. BEARD,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV622-56

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated November 14, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Complaint is dismissed for failure to state a claim and Plaintiff is also denied leave to proceed in forma pauperis on appeal. This action stands closed.



| November 14, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020